UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>GARY GANO,<br><br>　　　　　Defendant/Judgment Debtor,<br><br>and<br><br>THOMAS FX DELIVERIES INC.,<br><br>　　　　　　　　　　Garnishee. | NO.　MC16-5010BHS<br><br>(3:08-CR-5447-1)<br><br><br>**Order to Issue a Writ of<br>Continuing Garnishment** |

　　　THIS MATTER having come before this Court upon the United States of America's Application for a Writ of Continuing Garnishment due and owing to the Defendant/Judgment Debtor, Gary Gano, from Thomas Fx Deliveries Inc., the Garnishee, and the Court having reviewed the pleadings herein, it is hereby

　　　ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment against Thomas Fx Deliveries Inc., whose address is Thomas Fx Deliveries Inc., Attn: Henry Thomas, President, 713 Miller Rd., Port Angeles, WA 98363.

//

//

ORDER TO ISSUE A WRIT OF CONTINUING
GARNISHMENT

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970

DATED this ___8___ day of __April__, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE

Presented by:

_____
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-7970
Fax: (206) 553-4067
E-mail: kyle.forsyth@usdoj.gov

ORDER TO ISSUE A WRIT OF CONTINUING
GARNISHMENT

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970