suppressed

The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GARY GANO,<br><br>Defendant/Judgment Debtor,<br><br>and<br><br>THOMAS FX DELIVERIES INC.,<br><br>Garnishee. | NO. 3:16-MC-5010-BHS<br><br>(3:08-CR-5447-1)<br><br>**Agreed Continuing Garnishee Order** |

A Writ of Continuing Garnishment directed to Garnishee, Thomas FX Deliveries Inc., has been duly issued and served upon the Garnishee. Pursuant to the Writ, Garnishee Thomas FX Deliveries Inc., filed its Answer on May 2, 2016, stating that at the time of the service of the Writ, Defendant/Judgment Debtor Gary Gano (Mr. Gano) was an active employee who was paid weekly.

Since mailing notification of the garnishment proceeding to the parties on or about April 25, 2016, the Defendant/Judgment Debtor has not

[PROPOSED] AGREED CONTINUING GARNISHEE ORDER
*(USA v. Gary Gano and Thomas FX Deliveries Inc.,*
USDC#: 3:16-MC-5010-BHS / 3:08-CR-5447-1) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

requested a hearing to determine exempt property as of this date. On May 19, 2016, the United States filed an Agreed Motion to Issue Continuing Garnishee Order, stating that it had agreed with Mr. Gano to request a reduced garnishment rate of 10 percent of his disposable earnings at Garnishee Thomas FX Deliveries Inc. The United States attached a Proposed Agreed Continuing Garnishee Order to that effect, presented jointly with Mr. Gano and bearing his signature.

IT IS THEREFORE ORDERED as follows:

That Garnishee, Thomas FX Deliveries Inc., shall pay to the United States District Court for the Western District of Washington, all non-exempt earnings payable to Mr. Gano, that it has previously withheld pursuant to the Writ of Garnishment;

That from this date forward, Garnishee Thomas FX Deliveries Inc. shall pay to the United States District Court for the Western District of Washington, 10 percent of the disposable earnings payable to Mr. Gano upon each period of time when Mr. Gano is entitled to receive such funds, and shall continue said payments, if any, until Mr. Gano's debt is paid in full or until he is no longer an active employee of Garnishee and the Garnishee no longer has possession, custody, or control of any funds due and owing to Mr. Gano, or until further order of this Court;

That such payments shall be applied to Mr. Gano's outstanding obligation by the United States District Court for the Western District of Washington; and

[PROPOSED] AGREED CONTINUING GARNISHEE ORDER
(*USA v. Gary Gano and Thomas FX Deliveries Inc.,*
USDC#: 3:16-MC-5010-BHS / 3:08-CR-5447-1) - 2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

That the payments shall be made out to the United States District Court, Western District of Washington, referencing Case Nos. 3:08-CR-5447-1 and 3:16-MC-5010-BHS, and delivered either personally or by First Class Mail to:

> United States District Court, Western District of Washington
> Attn: Financial Clerk – Lobby Level
> 700 Stewart Street
> Seattle, Washington 98101.

DATED this 19 day of May, 2016.

*/s/ Benjamin H. Settle*
Benjamin H. Settle
United States District Court Judge

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney

*/s/ Gary Gano*
GARY GANO
Defendant/Judgment Debtor

[PROPOSED] AGREED CONTINUING GARNISHEE ORDER
(USA v. Gary Gano and Thomas FX Deliveries Inc.,
USDC#: 3:16-MC-5010-BHS / 3:08-CR-5447-1) - 3

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970